AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
ANDREI SAMUILOVSKI

*Defendant(s)*

Case: 1:25-mj-00241
Assigned To : Upadhyaya, Moxila A.
Assign. Date : 10/10/2025
Description: COMPLAINT W/ARREST WARRANT

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of early 2022 through December 2024 in the county of Washington in the District of Columbia, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 371 | - Conspiracy |
| 18 U.S.C. § 956(h) | - Conspiracy to launder monetary instruments |
| 18 U.S.C. § 554 | - Smuggling from the United States |
| 50 U.S.C. § 4819 | - Export Control Reform Act of 2018 (“ECRA”) |

This criminal complaint is based on these facts:

See attached Statement of Facts.

☑ Continued on the attached sheet.

*Complainant's signature*

Samuel Brown, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

*Judge's signature*

Date: 10/10/2025

City and state: Washington, DC

Moxila A. Upadhyaya, United States Magistrate Jud
*Printed name and title*