RECEIVED

AUG 07 2026

Clerk, U.S. District and
Bankruptcy Courts

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO.** |
| | : | **MAG. NO. 25-mj-241 (MAU)** |
| **v.** | : | |
| | : | |
| **ANDREI SAMUILOVSKI,** | : | **VIOLATIONS:** |
| | : | **50 U.S.C. § 4819** |
| **Defendant.** | : | **(Export Control Reform Act)** |
| | : | **15 C.F.R. §§ 736.2, 746.8, & 764.2** |
| | : | **(Export Administration Regulations)** |
| | : | |
| | : | |
| | : | **FORFEITURE:** |
| | : | **18 U.S.C. §§ 982(a)(1) & (b)(1);** |
| | : | **21 U.S.C. § 853(p);** |
| | : | **28 U.S.C. § 2461(c); and** |
| | : | **50 U.S.C. § 4819(d)(1)(A)-(C)** |

## INFORMATION

The United States Attorney charges that:

## COUNT ONE

**(Conspiracy to Violate the Export Control Reform Act)**

1. Beginning at least in or around early 2022, and continuing through at least in or around December 2024, **ANDREI SAMUILOVSKI**, did willfully combine, conspire, and agree with others known and unknown, to knowingly and willfully export and cause the export of goods from the United States to Russia, via third countries, in violation of the controls imposed upon exports to Russia by the United States government, without having first obtained the required licenses from the United States Department of Commerce, Bureau of Industry and Security, located in the District of Columbia, in violation of Title 50, United States Code, Section 4819 and

Title 15, Code of Federal Regulations, Sections 736.2, 746.8, and 764.2.

**FORFEITURE ALLEGATION**

2. The allegations contained in Count One of this Information are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 50, United States Code, Sections 4819(d)(1)(A)-(C).

3. Pursuant to ECRA, Title 50, United States Code, Section 4819(d)(1)(A)-(C), upon conviction of any violation of ECRA, the defendant shall forfeit to the United States any of the defendant's property: (i) used or intended to be used, in any manner, to commit or facilitate the violation; (ii) constituting or traceable to the gross proceeds taken, obtained, or retained, in connection with or as a result of the violation; or (iii) constituting an item or technology that is exported or intended to be exported in violation of ECRA.

**MONEY JUDGMENT**

4. The United States will seek a forfeiture money judgment for a sum of money equal to the value of any property, real or personal, which constitutes, or is derived from proceeds traceable to this offense.

**SUBSTITUTE ASSETS**

5. If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants,

a. cannot be located upon the exercise of due diligence,

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property that cannot be subdivided without difficulty;

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1) and Title 28, United States Code, Section 2461(c).

(**Criminal Forfeiture**, pursuant to Title 50, United States Code, Sections 4819(d)(1)(A)-(C); Title 21, United States Code, Section 853(p); Title 18, United States Code, Section 982(a)(1) and (b)(1) and Title 28, United States Code, Section 2461(c)).

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

*/s/ Steven Wasserman*
STEVEN B. WASSERMAN
Assistant United States Attorney
D.C. Bar # 453251
National Security Section
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7719
Steve.Wasserman@usdoj.gov

JOHN A. EISENBERG
ASSISTANT ATTORNEY GENERAL
FOR NATIONAL SECURITY

*/s/ Brett Ruff*
SEAN R. HEIDEN
Acting Deputy Chief
BRETT RUFF
Trial Attorney

National Security Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530
Heiden: (202) 514-8106
Sean.Heiden2@usdoj.gov
Ruff: (202) 616-0736
Brett.Ruff@usdoj.gov